UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DOMONIQUE HOLMES** and
**RONALD HOLMES**,

    **Plaintiffs**,

v.                                                                          Case No. 3:24cv117-TKW-ZCB

**ALLIANCE CAS, LLC**,

    **Defendant**.

_____/

## ORDER OF DISMISSAL

Based on the parties' joint stipulation of dismissal with prejudice (Doc. 12), it is **ORDERED** that this case is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Clerk shall close the case file.

**DONE and ORDERED** this 20th day of June, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**